E GENAO
237 WEST 127TH ST
NEW YORK, New York 10027

June 17, 2020

New York City Housing Authority & Department of Equal Opportunity

250 Broadway, New York, NY 10007

**RE: CEASE AND DESIST DEMAND**

Dear: New York City Housing Authority & Department of Equal Opportunity

 This letter is in regards to your following activities:


WE FILED A FEDERAL LAWSUIT FOR AN ONGOING SITUATION THAT VIA
FEDERAL COMPLAINT THAT HAS BEEN PENDING SINCE 2016 BUT OVER ALL
SINCE 2011 FOR DOMESTIC VIOLENCE HISTORY THAT HAS BEEN APPEALED AND
WE ARE AWAITING TO HEAR BACK FROM OUR ATTORNEY, AND IN 2016 WHEN
THE HOUSING LAW ENFORCEMENT UNIT ARRIVED TO OUR APARTMENT FOR A
UNRELATED DOMESTIC INCIDENT AND SPECIFIED TO OTHER RELATIVES ABOUT
AN ONGOING SITUATION THEY WERE INVOLVED IN  , BUT NEVER EXPLAINED IN
DETAIL TO ME, PERSONALLY, WHAT THE EXACT SITUATION WAS,  AND HOW I
WAS INVOLVED PERSONALLY, THEN IN THE FIRST OF JAN. THEY SHOWED UP
FOR A DOMESTIC INCIDENT BUT FOR A DIFFERENT REASON, BUT I WAS FORCED
TO GET A PSYCH EVALUATION EVEN THOUGH I EXPLAINED OUR SITUATION WE
WERE ALREADY INVOLVED IN LAST YEAR, BUT THEY COMPLETELY IGNORED
OUR STORY AND ON THE SECOND TIME THEY SHOWED UP AND I WAS FORCED
ME TO STAY OVERNIGHT IN THE HARLEM HOSPITAL FOR A PSYCH EVALUATION
WITH SUPPORTING DOCUMENTS FOR UNKNOWN REASONS UNDER PERMANENT
DURESS AND BIAS, AND RELATIVES WERE INVOLVED,  THAN LATER THE SAME
YEAR IN JUNE, ANOTHER DOMESTIC INCIDENT AROSE AGAIN, WHERE WE HAD
TO HIRE A RETAINER , AN APPEAL OUR CASE, AND IT WAS GRANTED, WE ARE
AWAITING A POLICE COMPLAINT THAT IS PENDING AND HOPEFULLY AN ARREST
AS WELL. WE TRIED TO COMPLAIN TO THE MANAGEMENT OFFICE ABOUT ALL OF
THESE INCIDENTS, BUT THEY IGNORED EVERY REQUEST OR APPOINTMENT WE
MADE TO SPEAK TO THEM , ONLY STATING THEY PREFER TO SPEAK TO THE
HEAD OF HOUSEHOLD OR TENANT ON RECORD, AND IMPLIED MY NAME WAS
NOT ON THE LEASE, EVEN THOUGH WE HAVE BEEN HERE  FOR TWO DECADES

AGAINST OUR WILL. WHICH IS UNHEARD OF FOR NYCHA TENANTS TO LIVE IN
ONE PLACE FOR SO LONG , IN A PREDOMINATELY AFRICAN AMERICAN
NEIGHBORHOOD WITH EXTREME GANG ACTIVITY, WE ARE THE MINORITY FOR
LAW ENFORCEMENT AND  SOME TIME IN 2018 ALL TENANTS ON RECORD WERE
EVICTED AND I WAS LEFT TO STAY HERE UNTIL OUR CIVIL CLAIM WAS PASSED
AND IT WAS, AN WAS DISPOSED WITHOUT OUR KNOWLEDGE, THEN SOMETIME
IN 2019 , DURING THAT TIME,  THERE WERE TWO BREAKS IN, VIA ILLEGAL
LOCKOUT, BY THE HOUSING UNIT LAW ENFORCEMENT, THEY BROKE INTO THE
APARTMENT ,CHANGED THE LOCKS WHILE I WAS GONE. AND I HAD TO GET A
NEW KEY FROM THE MANAGEMENT OFFICE,  AND I CHECKED TO SEE IF
ANYTHING WAS STOLEN, WHICH IT COULD BE, BUT WE WON'T KNOW UNTIL WE
LOOK FOR THEM..THEN THEY SHOWED UP AGAIN FOR A DIFFERENT REASON AT
9PM AT NIGHT A FEW MONTHS LATER , BUT I WAS ABLE TO FEND OFF ANYTHING
THEY WERE IMPLYING AND THEY LEFT IN A HURRY. WE FILED A POLICE
COMPLAINT FOR THAT AS WELL..... NO RESPONSE WAS GIVEN TO US FROM
ANYONE. WE THEN FILED AN EMERGENCY MOTION SOME TIME IN 2020 LESS
THAN A YEAR LATER,  AND WE HAVE NOT HEARD BACK FROM THEM AT
ALL.  AND WE WERE EXPECTING AN AFFORDABLE HOUSING APARTMENT THAT
WERE QUALIFIED FOR IN 2018 , WERE INTERVIEWED FOR, BUT THEY NEVER TOLD
ME WHEN WE WERE TO MOVE IN. AND WE TRIED TO GET NYCHA INVOLVED SO
WE CAN STAY ELSEWHERE IN THE MEANTIME, BUT IT DID NOT WORK. NOW WE
ARE ASKING TO PASS A FEDERAL LAWSUIT FOR NOT RESPONDING TO OUR
MOTION IN A TIMELY MANNER, AS WELL AS A CEASE AND DESIST LETTER,
AFTER THE AT LEAST A DOZEN COMPLAINTS AGAINST EVERYONE
INVOLVED SUBMITTED TO ALL CITY MUNICIPALITIES WHILE THERE IS A
MEDICAL PANDEMIC THAT STILL HAS NOT BEEN SETTLED AND OUR SITUATION
IS MORE STRENUOUS THAN IT SHOULD BE , WHEN INJUNCTIVE RELIEF
SHOULD'VE BEEN OFFERED BY NOW ALMOST 2 YEARS AGO TO THE MONTH. AND
WE ARE ASKING FOR ALL COURT FEES TO BE WAIVED AS SOON AS TIME ALLOWS
TO HAVE OUR LITIGATIONS START IMMEDIATELY FOR THE LONG JOURNEY
AHEAD THAT IT TAKES TO SETTLE A FEDERAL CASE, WE ARE ON THE LOSING
END ONCE AGAIN IN THIS COMPLAINT, BECAUSE ITS NOT IN OUR FAVOR EVEN
THOUGH WERE COMPLAINED AND FILED ALL PAPER WORK IMMEDIATELY.

Your actions have become unbearable, and these activities are in violation of my right to be free
of such harassment. This letter serves as your legal notice to CEASE AND DESIST THESE
ACTIVITIES IMMEDIATELY as well as any other actions that may constitute harassment or
violate my legal rights. If you fail to comply with this notice, legal action will promptly be
brought against you, including having law enforcement pursue criminal charges and recovering

any damages I have suffered in civil court for physical and mental distress or otherwise. I am not waiving any present or future rights to pursue legal action against you. This matter is not open to any further negotiation or discussion.

To prevent legal action from being pursued against you, you must sign, date, and return the attached Cease and Desist Agreement to the address listed above within **10 days** of receipt of this notice. Your failure to sign and return this agreement will be used as evidence of your continuing violation of my legal rights.

Sincerely,

_____GENAO, ELVIN_____
E GENAO

Enclosure

# CEASE AND DESIST AGREEMENT

In response to the Cease and Desist Letter I received from GENAO, ELVIN dated June 17, 2020, I, _____GENAO, ELVIN_____ (Print Name), agree to immediately cease and desist engaging the following activities: These activities are in violation of GENAO, ELVIN's legal rights. I further agree to not take any other actions that may constitute harassment or violate GENAO, ELVIN'S legal rights. If I breach this agreement, GENAO, ELVIN's may pursue all claims and legal remedies in existence prior to my signing this agreement, including costs and attorney's fees.

Sign: _____GENAO, ELVIN_____ Date: _____06/14/2020____

Title: _____MR_____