UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN GENAO,

      Plaintiff,

  -against-

NEW YORK CITY HOUSING AUTHORITY,
DIVISION OF HUMAN RIGHTS,

      Defendant.

20-CV-4570 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

  On June 5, 2019, the Court barred Plaintiff from filing any new federal civil action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Genao v. Saint Pauls Church*, ECF 1:19-CV-2704, 6 (S.D.N.Y. June 5, 2019). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the June 5, 2019 order.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: June 16, 2020
    New York, New York

                     COLLEEN McMAHON
                    Chief United States District Judge